# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **EAST ROCKHILL TOWNSHIP,** | : |
| Plaintiff/Counterclaim Defendant, | : Civil Action No. |
| v. | : 2:18-cv-02382-GAM |
| | : (Diversity Jurisdiction) |
| **RICHARD E. PIERSON MATERIALS CORP. d/b/a R.E. PIERSON MATERIALS, INC. and HANSON AGGREGATES PENNSYLVANIA, LLC,** | : Originally Filed in the Court of Common Pleas, Bucks County Case No. 18-02730 |
| Defendants/Counterclaim Plaintiffs, | : |
| **RICHARD E. PIERSON CONSTRUCTION CO., INC.,** | : |
| Additional Counterclaim Plaintiff, | : |
| v. | : |
| **EAST ROCKHILL TOWNSHIP BOARD OF SUPERVISORS, GARY VOLOVNIK, DAVID NYMAN, JIM NIETUPSKI, and MARIANNE MORANO,** | : |
| Additional Counterclaim Defendants. | : |

## ORDER

This 6th of March, 2019, upon consideration of Plaintiff/Counterclaim Defendant East Rockhill Township's request for injunctive relief (Complaint Counts I and II) (ECF No. 1) and Defendant/Counterclaim Plaintiffs, Richard E. Pierson Materials Corp. and Hanson Aggregates Pennsylvania LLC's, and Additional Counterclaim Plaintiff Richard E. Pierson Construction Co. Inc.'s claim under the Declaratory Judgement Act, 28 U.S.C. § 2201, (Counterclaim Count I) (ECF No. 23), it is hereby **ORDERED** as follows:

1. Plaintiff/Counterclaim Defendant's request for Equitable/Injunctive relief as to the Land Development Activity/Improvement in Count II of the Complaint is hereby **DENIED**.

2. Counterclaim Plaintiffs are entitled to Declaratory Judgment holding that the Noncoal Surface Mining Conservation and Reclamation Act ("the Mining Act"), 52 Pa. Stat. Ann. §§ 3301-3326 (West), preempts the Township's actions with respect to the issuance of a permit for the quarry. Counterclaim Defendants are therefore hereby **ENJOINED** from:

    a. Requiring Counterclaim Plaintiffs to comply with the H-12 Extractive Operation Use Provisions;

    b. Requiring Counterclaim Plaintiffs to obtain a special exception in order to increase extraction activities;

    c. Requiring Counterclaim Plaintiffs to obtain land development approval before installing new equipment or buildings specifically related to their mining operation.

3. With respect to Plaintiff/Counterclaim Defendant's request for Equitable/Injunctive Relief as to the Asphalt Plant in Count I of the Complaint and Counterclaim Plaintiffs' request for Declaratory Judgment that operation of asphalt plan equipment constitutes an accessory use to the Quarry, I decline to exercise jurisdiction under the Declaratory Judgment Act, 28 U.S.C. § 2201. Count I of the Complaint and Counterclaim Count I with respect to paragraph 92(d) of the Amended Answer, Affirmative Defenses, and Counter Claims (ECF No. 23), are hereby **SEVERED** and **REMANDED** to the Bucks County Court of Common Pleas.

                                                                 /s/ Gerald Austin McHugh
                                                                    United States District Judge