# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **EAST ROCKHILL TOWNSHIP,** : | |
| : | Civil Action No. |
| Plaintiff/Counterclaim Defendant, : | 2:18-cv-02382-GAM |
| : | (Diversity Jurisdiction) |
| v. : | |
| : | Originally Filed in the Court of |
| **RICHARD E. PIERSON MATERIALS** : | Common Pleas, Bucks County |
| **CORP. d/b/a R.E. PIERSON MATERIALS,** : | Case No. 18-02730 |
| **INC. and HANSON AGGREGATES** : | |
| **PENNSYLVANIA, LLC,** : | |
| : | |
| Defendants/Counterclaim Plaintiffs, : | |
| : | |
| : | |
| **RICHARD E. PIERSON CONSTRUCTION** : | |
| **CO., INC.,** : | |
| Additional Counterclaim Plaintiff, : | |
| : | |
| v. : | |
| : | |
| **EAST ROCKHILL TOWNSHIP BOARD OF** : | |
| **SUPERVISORS, GARY VOLOVNIK, DAVID** : | |
| **NYMAN, JIM NIETUPSKI, and MARIANNE** : | |
| **MORANO,** : | |
| : | |
| Additional Counterclaim Defendants. : | |
| : | |

## ORDER

This 4th day of June, 2019, upon consideration of Counterclaim Defendants' Motion to Dismiss (ECF No. 36), Counterclaim Plaintiffs' Memorandum in Opposition (ECF No. 50), and Counterclaim Defendants' Reply in Support (ECF No. 51), it is hereby **ORDERED** that the Motion is **GRANTED**. Both remaining counterclaims are hereby **DISMISSED** with prejudice.

                                                          /s/ Gerald Austin McHugh
                                                          United States District Judge